UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/9/2021_____

**PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ET AL.,**

        **Plaintiffs,**

   -against-

**FSAR HOLDINGS, INC, ET AL.,**

        **Defendants.**

**20-cv-06814 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiffs' Notice of Voluntary Dismissal dated December 7, 2021. This action is subject to the automatic stay entered in *In re Zohar III, Corp., et al.*, Case No. 18-10512 (KBO) (Bankr. D. Del). However, the "unilateral dismissal of a claim against a bankrupt under Fed. R. Civ. P. 41 or its equivalent by agreement and judicial approval assists rather than interferes with the goals of Chapter 11." *Chase Manhattan Bank, N.A. v. Celotex Corp.*, 852 F. Supp. 226, 228 (S.D.N.Y. 1994) (citing *In re Terio*, 158 B.R. 907 (S.D.N.Y. 1993), *aff'd*, Dkt No 93–5099, 5100 (2d Cir. April 25, 1994)). Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs' voluntary dismissal of the above-captioned action, without prejudice and without costs, ECF No. 18, is **GRANTED**.

**SO ORDERED.**

Dated: December 9, 2021
    New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**